# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:03-cr-152-T-30TBM

**EDWARD A. HALLOCK**

_____

## ORDER

This cause came on for consideration without oral argument upon Defendant's Emergency Motion to Extend Self-Surrender Period (Dkt. #284). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Defendant's Emergency Motion to Extend Self-Surrender Period (Dkt. #284) is GRANTED. The deadline for Defendant's self-surrender into the custody of the United States Marshal's Service is extended to **MONDAY, SEPTEMBER 26, 2005,** or at such later date as directed by the United States Marshal's Service.

2. A hearing on Defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Dkt. #283) will be held on **FRIDAY, AUGUST 19, 2005, AT 10:00 A.M.** at the Sam Gibbons United States Courthouse, 801 North Florida Avenue, Courtroom #13A, Tampa, Florida 33602. Time reserved: Fifteen (15) minutes.

**DONE** and **ORDERED** in Tampa, Florida on July 25, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office

F:\Docs\2003\03-cr-152.Hallock Surrender.frm