# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                               Case No.  8:03-cr-152-T-30TBM

**EDWARD A. HALLOCK**
_____

## ORDER

Pursuant to the Judgment (Dkt. #204) entered on January 29, 2004, in this cause, Defendant EDWARD A. HALLOCK, has been ordered to report to the Bureau of Prisons on September 26, 2005.  Upon review and consideration of the Defendant's Motion for Release Pending Appeal (Dkt. #295), which this Court has ruled on, it is

ORDERED AND ADJUDGED that Defendant EDWARD A. HALLOCK shall report to the Bureau of Prisons on WEDNESDAY, JANUARY 4, 2006, or such other later date as ordered by the Bureau of Prisons.

**DONE** and **ORDERED** in Tampa, Florida on September 2, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office

S:\Even\2003\03-cr-152.extend report date.wpd